**From:** K▮▮▮ & J▮▮▮▮▮ O▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Sunday, February 23, 2025 8:22 PM
**To:** Berkley, Danielle (USAMOE) <DBERKLEY@usa.doj.gov>
**Subject:** [EXTERNAL] Case 2023R00305

I was misled by Gary Wilds into believing my tax settlement for a truck purchase would be done correctly.  Later I found out that it was not and received another bill to correct the tax settlement.  I have attached a screenshot of the money I gave Mr. Wilds for what I thought to be the correct amount due.  My family would like to be made whole again for the loss of monetary funds given to him plus applicable interest that has been lost since.


Sincerely,

K▮▮▮ O▮▮▮▮▮▮