UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-00595-MTS-1 ) |
| GARY WILDS, | ) ) |
| Defendant. | ) ) |

**<u>NOTICE OF LETTERS IN SUPPORT OF GARY WILDS</u>**

**COMES NOW** defendant Gary Wilds, by and through undersigned counsel, and files this notice that Defendant Wilds wishes to submit the attached letters in his support prior to sentencing that is currently scheduled for September 30, 2025 at 11:00 a.m..

Dated: September 9, 2025.          Respectfully submitted,

/s/ John T Davis
John T Davis, #40915MO
1401 South Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 696.9229
E-Mail: John.Davis@KesslerWilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify on the 29th day of September 2025 the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system and served upon the Assistant United States Attorney via electronic mail.

                                                                   /s/ John T Davis
                                                                   John T Davis