Jayson Bridges

1871 Lunenburg Dr.

St. Peter's Mo 63376

Basementbeatsllc@gmail.com

3142263768

9/24/25

The Honorable Matthew T. Schelp

Re: Character Letter for Gary Wilds

Dear Judge Schelp

I am writing this letter on behalf of Gary Wilds, whom I have had the privilege of knowing for 22 years. In this time, I have come to know Gary Wilds as a person deeply dedicated to community, connection, and helping others succeed.

Gary Wilds has consistently gone out of his way to bring people together, whether through organizing community events, volunteering for local initiatives, or simply being the kind of person who listens and lends a helping hand. He has a remarkable ability to make others feel seen and supported, often connecting neighbors, colleagues, and friends with the resources and opportunities they need. A role model of a father who always puts his son first.

In my experience, Gary Wilds leads with kindness, integrity, and a genuine desire to make a positive difference. Their presence has strengthened our community, and they are respected by those who know him for their generosity and commitment to helping others thrive.

I respectfully ask that you take these qualities into consideration as you evaluate Gary Wilds case. I don't feel he is who he is made out to be in this case. I believe his character speaks for itself, and that his past actions reflect a person who adds value to those around them and who will continue to do so in the future.

Thank you for your time and consideration.

Respectfully,

Jayson Bridges

*[signature]* 9/24/25